No. 11-5478. Kenneth John Leuluaia-lii, Petitioner v. Stephen D. Sinclair, Superintendent, Washington State Penitentiary.

565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5913, ▮▮▮▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5479. Gregory Jiles, Petitioner v. Barry Davis, Warden.

565 U.S. 910, 132 S. Ct. 317, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5853.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5480. Beatrice Taylor, Petitioner v. Millicent Warren, Warden.

565 U.S. 910, 132 S. Ct. 318, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5837.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5481. Diego Choxj Cha, aka Lorenzo Sac, Petitioner v. United States.

565 U.S. 910, 132 S. Ct. 318, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5832.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 431 Fed. Appx. 790.

No. 11-5483. Robert Richard Evans, Petitioner v. United States.

565 U.S. 910, 132 S. Ct. 318, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 6480.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 576.

No. 11-5484. Ronnie Lee Owen, Petitioner v. United States.

565 U.S. 910, 132 S. Ct. 318, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5841.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 285.

No. 11-5486. Charles McKinley, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 910, 132 S. Ct. 318, 181 L. Ed. 2d 196, 2011 U.S. LEXIS 5827.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.